UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Mohd Ismail Meraj,

          Petitioner

v.

Pamela Bondi, et al.,

          Respondents

Case No. 2:26-cv-00454-CDS-DJA

**Order Deferring Ruling on Pro Hac Vice**

[ECF No. 3]

I defer ruling on Marcelo Gondim's verified petition to practice pro hac vice for two reasons. ECF No. 3. First, the petition does not comply with Local Rule IA 11-1(b)(2). Once again, proposed resident counsel, Laura Lui, provides an address in Murray, Utah. *Id.* at 4. Lui was thrice advised that the local rules require designated resident counsel to maintain an office in Nevada. *See* ECF No. 7 in *Baca Beltrand v. Mattos, et al.*, 2:25-cv-01430-CDS-EJY; *see also* ECF No. 19 in *Sepulveda v. Chestnut, et al.*, 2:25-cv-00985-CDS-MDC; ECF No. 3 in *C.A.P.R. v. Mattos, et al.*, 2:26-cv-00287-CDS-EJY. Counsel is admonished that future noncompliance with the local rules may results in sanctions.

Second, the petition does not comply with Local Rule IA 11-2(b)(3). Counsel failed to attach the required "certification issued within six months before the date of filing of the verified petition [showing] that the applicant's membership is in good standing from the state bar or from the clerk of court of the supreme court or highest admitting court of every state, territory, or insular possession of the United States in which the applicant has been admitted to practice law[.]"

Counsel is advised to associate resident Nevada counsel or provide corrected address information and attach the missing certification, then refile the petition using the "Notice of Corrected Image/Document" event to link it to the existing filing. Failure to do so by March 11, 2026, will result in denial of the verified petition.

Dated:  February 25, 2026

_____
Cristina D. Silva
United States District Judge

2