TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
James.Sweetin@usdoj.gov

*Attorneys for the Federal Respondent*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Mohd Ismail Meraj,<br><br>Petitioner<br><br>v.<br><br>Todd Lyons, Director , Enforcement and Removal Operations, United States Immigration and Customs Enforcement (ICE); John Mattos, Warden of Nevada Southern Detention Center; Kristi Noem, Secretary, United States Department of Homeland Security; Pamela Bondi, Attorney General of the United States; Sirce Owen, Acting Director, EOIR,<br><br>Respondents | Case No. 2:26-cv-00454-CDS-DJA<br><br>**Stipulation and Order to Extend Time to File a Response to the Petition for Writ of Habeas Corpus (ECF No. 1)**<br><br>[ECF No. 8] |

Petitioner Mohd Ismail Merah ("Petitioner") and Federal Respondents, through undersigned counsel, hereby submit this stipulation to extend the date to file Federal Respondents responsive pleading.

Petitioner filed Petition for Writ of Habeas Corpus and Complaint for Administrative Procedure Act Relief on February 19, 2026. (ECF No. 1).

The current deadline for Federal Respondents to respond to Plaintiff's Petition is March 10, 2026. (ECF No. 4).

Plaintiff and Federal Respondents, through undersigned counsel, agree and stipulate that Federal Respondents time to respond to Petitioner's Petition be extended to March 13, 2026.

Respectfully submitted this 10th day of March 2026.

GONDIM LAW CORP.                          TODD BLANCHE
                                          Deputy Attorney General of the United States
                                          SIGAL CHATTAH
                                          First Assistant United States Attorney

/s/ Marcelo Gondim                        /s/ James R. Sweetin
MARCELO GONDIM                            JAMES R. SWEETIN
1880 Century Park East, Suite 400         Assistant United States Attorney
Los Angeles, CA 90067
(323) 282-7770
Court@gondim-law.com
Attorney for Petitioner

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 11, 2026

Although the court approves this stipulation, petitioner's counsel is reminded that "[a]n attorney whose verified petition is pending must not take action in this case beyond filing the first pleading or motion." LR IA 11-2(c). *See* ECF No. 5.

2