# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Mohd Ismail Meraj,

          Petitioner

v.

Pamela Bondi, et al.,

          Respondents

Case No. 2:26-cv-00454-CDS-DJA

**Order Discharging Show Cause and Deferring Verified Petition**

In February, counsel was ordered to cure the deficiencies in Marcelo Gondim's verified petition to practice pro hac vice by March 11, 2026. ECF No. 5. Counsel did not comply. As a result, I issued an order to show cause requiring Laura Liu and Marcelo Gondim to explain why they violated the court's orders and why they should not be sanctioned. ECF No. 12. On March 20, 2026, counsel filed a satisfactory response. ECF No. 14. The show-cause is therefore discharged.

Counsel also filed a corrected image of Gondim's verified petition. ECF No. 15. However, I again defer ruling on that petition because the Clerk of Court's form requires that the petitioner's signature be subscribed and sworn by a notary public or clerk of court. *See id.* at 4. Counsel is advised to correct this deficiency then file the petition and certifications using the "Notice of Corrected Image/Document" event to link it to the existing filing. Failure to do so by April 1, 2026, will result in denial of the petition.

Dated: March 26, 2026

_____
Cristina D. Silva
United States District Judge