UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Mohd Ismail Meraj,

Petitioner

v.

Todd M. Lyons, et al.,

Respondents

Case No. 2:26-cv-00454-CDS-DJA

**Order Denying as Moot the Respondents' Motion for Extension of Time and Closing Case**

[ECF No. 24]

On May 20, 2026, the court entered an order granting in part petitioner Mohd Ismail Meraj's petition for writ of habeas corpus. Order, ECF No. 23. Therein, the court ordered the respondents to give Meraj a bond hearing. *Id.* at 7. The court further ordered that the parties file a status report no later than June 3, 2026, advising the compliance with the court's order. *Id.* As directed, the federal respondents filed a status report on May 28, 2026, advising that the petitioner's bond hearing was on May 28, 2026, and the immigration judge ordered Meraj's release under a bond of $1,500.00. Resp'ts' status report, ECF No. 26. The respondents advised that the case should be closed. *Id.* On June 3, 2026, Meraj advised that the respondents have complied with the court's order, and he does not oppose closing the case. Pet'r's status report, ECF No. 27. Accordingly, the case is closed.[1]

### Conclusion

IT IS HEREBY ORDERED that the respondents' motion for an extension of time [ECF No. 24] is DENIED as moot.

The Clerk of the Court is kindly directed to close this case.

Dated: June 18, 2026

_____
Cristina D. Silva
United States District Judge

---

[1] In light of the parties' representations, the respondents' motion for extension of time to provide a bond hearing to the petitioner (ECF No. 24) is denied as moot.